COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:          01-13-00199-CV

Style:                 Paccar, Inc., Cleveland Mack Sales, Inc. d/b/a Performance Kenworth, and Caterpillar, Inc.

                       v. Ho Ho Ho Express, Inc.

Date motion filed*:    July 26, 2013

Type of motion:        Unopposed motion for extension of time to file appellee's brief

Party filing motion:   Appellee

Document to be filed:  Appellee's brief

Is appeal accelerated?    No

If motion to extend time:

    Original due date:                         N/A

    Number of previous extensions granted:        0          Current Due date:  N/A

    Date Requested:                            August 30, 2013

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☐    Denied

    ☑    Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>) with instructions.

    ☐    Other: _____

**Appellee's brief is due 30 days after the final appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).**

**Although Cleveland Mack Sales, Inc. and Caterpillar, Inc. have filed briefs, Paccar, Inc. has not yet filed a brief in this appeal.  Accordingly, appellee's brief is not yet due and the motion is dismissed as moot.  If Paccar, Inc., moves to dismiss its appeal pursuant to settlement, rather than filing a brief, then the parties shall promptly inform the court.  Appellee's brief will be due 30 days from the date that Paccar, Inc. either files its brief or moves to dismiss its appeal.**

Judge's signature:   /s/ Jane Bland
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  August 2, 2013

November 7, 2008 Revision